# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

QUANTA SPECIALTY LINES INSURANCE
COMPANY,

V.

JAMES B. WONG dba BOXER GROUP; JILL
PEASLEY; CHRIS LYNCH, MICHAEL
FONTANELLO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

 

TO: (Name and address of defendant)

JOHN B. WONG dba BOXER GROUP

*EMC*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SELVIN WRAITH HALMAN LLP
Gary R. Selvin
505 14th Street, Suite 1200
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within  20    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>

CLERK

DATE _____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| SEE ATTACHED LIST | **RETURN OF SERVICE** |
|---|---|

| Service of the Summons and complaint was made by me(1) | DATE 2/5/2008    8:00PM |
|---|---|

| NAME OF SERVER (PRINT) Fred Gurr | TITLE Registered California Process Server, San Francisco County, #1040 |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: James Wong

  254 5th Avenue
  San Francisco, CA 94118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $210.00 | TOTAL $210.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/12/08___
　　　　　　　　　　Date

_____
Signature of Server

ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY, SUITE 205
WALNUT CREEK, CA  94595
_____
Address of Server     (925) 947-3470

*file POS w/ Court file*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **Re:** | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
| **Court:** | **U.S.D.C., Northern Division** |
| **Action No.** | **3:08-cv-00488-EMC** |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On March 19, 2008, I served the following document(s):

### Executed Summons of James B. Wong dba Boxer Group

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott
Elliott & Elliott
Thomas A. Elliot
Greg M. Meisenhelder
225 W. Santa Clara Street, Suite 950
San Jose, CA 95113
Telephone No.: (408) 280-2160
Fax No.: (408) 277-0804
Email:

Attorneys for Counsel for Defendant:
JILL PEASLEY, CHRISTOPHER LYNCH, and MICHAEL FONTANELLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 19, 2008

_____
Kathryn Shahin

50329