JOHN W. ELLIOTT (State Bar No. 61042)
THOMAS A. ELLIOTT (State Bar No. 68861)
GREG E. MEISENHELDER (State Bar No. 236473)
ELLIOTT & ELLIOTT
225 W. Santa Clara Street, Suite 950
San Jose, CA  95113
Tel:  (408) 280-2160
Fax: (408) 277-0804
E-mail:  gmeisenhelder@elliottandelliott.com

Attorneys for Defendants: Jill Peasley, Chris Lynch, Michael Fontanello

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | Case No.: C 08 0488  EMC<br><br>**NOTICE OF APPEARANCE** |

    Defendants, Jill Peasley, Chris Lynch and Michael Fontanello hereby give notice to all parties of its appearance in this case.

DATED:  March 28, 2008                    ELLIOTT & ELLIOTT


                                                                                _____
                                                                                JOHN W. ELLIOTT
                                                                                THOMAS A. ELLIOTT
                                                                                GREG M. MEISENHELDER
                                                                                Attorneys for Defendants
                                                                                 Jill Peasley, Chris Lynch and
                                                                                 Michael Fontanello

**Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.**
**U.S.D.C. Northern Division – Case No. C 08 0488 EMC**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 225 W. Santa Clara Street, Suite 950, San Jose, California, 95113. On the date hereinbelow, I caused to be served a true and correct copy of the following:

### NOTICE OF APPEARANCE

**BY U.S. MAIL**: By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following ordinary business practices. I am readily familiar with is businessøpractice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**ELECTRONIC FILE TRANSFER TO ECF FILE AND SERVE**: By transmitting a true copy of the document(s) listed above for service on the party or parties listed below in this case pursuant to applicable statutes, local rules and/or order of this Court.

> Gary R. Selvin
> Joshua S. Leach
> SELVIN, WRAITH, HALMAN LLP
> 505 14th Street, Suite 1200
> Oakland, CA 94612
> Phone: (510) 874-1811
> Fax: (510) 465-8976
> Email: gselvin@selvinwraith.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on March 28, 2008.

```
                                    _____
                                    Chris Giambruno
```