UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quanta Specialty Lines Insurance Company,<br><br>        Plaintiff,<br><br>   v.<br><br>John B. Wong, et al.,<br><br>        Defendants.<br>_____/ | No. C08-0488 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference is reset from April 30, 2008 at 10:30 a.m. **to May 14, 2008 at 1:30 p.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. A joint case management conference statement shall be filed by May 7, 2008. Plaintiff is directed to serve this notice upon all defendants.

Dated: April 8, 2008                                            FOR THE COURT,
                                                                     Richard W. Wieking, Clerk

                                                           by: _____
                                                                    Betty Fong
                                                                    Courtroom Deputy