1 | JOHN W. ELLIOTT (State Bar No. 61042)
  | THOMAS A. ELLIOTT (State Bar No. 68861)
  | GREG E. MEISENHELDER (State Bar No. 236473)
2 | ELLIOTT & ELLIOTT
  | 225 W. Santa Clara Street, Suite 950
  | San Jose, CA 95113
3 | Tel: (408) 280-2160
  | Fax: (408) 277-0804
4 | E-mail: gmeisenhelder@elliottandelliott.com

5 | Attorneys for Defendants: Jill Peasley, Chris Lynch, Michael Fontanello

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation, | Case No.: C 08 0488 EMC |
| Plaintiff, | |
| v. | |
| JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident, | |
| Defendants. | |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 4/8/08

Signature: [signed]

Counsel for: Jill Peasley, Chris Lynch, Michael Fontanello
(Name of party or indicate "pro se")