# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| JAMES B. WONG dba BOXER GROUP; JILL PEASLEY; CHRIS LYNCH, MICHAEL FONTANELLO |   EMC |

TO: (Name and address of defendant)

JOHN B. WONG dba BOXER GROUP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SELVIN WRAITH HALMAN LLP
Gary R. Selvin
505 14th Street, Suite 1200
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JAN 2 3 2008
DATE _____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 21, 2008, I served the following document(s):

**Executed Summons of John B. Wong dba Boxer Group**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott                                             Attorneys for Counsel for Defendant:
Elliott & Elliott                                                JILL PEASLEY, CHRISTOPHER LYNCH,
Thomas A. Elliot                                                 and MICHAEL FONTANELLO
Greg M. Meisenhelder
225 W. Santa Clara Street, Suite 950
San Jose, CA 95113
Telephone No.:  (408) 280-2160
Fax No.:        (408) 277-0804
Email:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 21, 2008

*Kathryn Shahin*
Kathryn Shahin

51493

AO 440 (Rev. 8/01) Summons in a Civil Action

| AMENDED RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/5/08  8:00PM |
| NAME OF SERVER (PRINT) FRED GURR | TITLE REGISTERED CALIFORNIA PROCESS SERVER #1040/SAN FRANCISCO COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN B. WONG DBA BOXER GROUP
254 5TH AVENUE
SAN FRANCISCO, CA 94118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $210.00 | TOTAL $210.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/08
              Date            Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595
              Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.