1  Gary R. Selvin, State Bar No. 112030
   Joshua S. Leach, State Bar No. 209061
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           jleach@selvinwraith.com

6  Attorneys for Plaintiff
   Quanta Specialty Lines Insurance Company
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 QUANTA SPECIALTY LINES INSURANCE         CASE NO.: 3:08-CV-00488-EMC
   COMPANY, an Indiana corporation,
12                                          **REQUEST TO ENTER DEFAULT**
                Plaintiff,
13                                          Assigned to Magistrate Judge Edward M. Chen
        v.
14                                          Complaint Filed:  January 23, 2008
   JOHN B. WONG dba BOXER GROUP; JILL
15 PEASLEY, a California resident; CHRIS
   LYNCH, a California resident; and MICHAEL
16 FONTANELLO, a California resident,

17              Defendants.

18

19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20     Plaintiff Quanta Specialty Lines Insurance Company ("Quanta") hereby requests that the

21 Clerk of this Court enter default in this matter against defendant **John B. Wong dba Boxer Group**

22 ("Wong") on the ground that said defendant has failed to appear or otherwise respond to the

23 Complaint within the time prescribed by the Federal Rules of Civil Procedure.

24     Plaintiff served the Complaint and Summons on defendant John B. Wong dba Boxer Group

25 on February 5, 2008, as evidenced by the Proof of Service of Summons Returned and Executed by

26 Quanta, and filed with this Court on April 21, 2008, Docket Entry No. 13.  Pursuant to Rule 12 of the

27 Federal Rules of Civil Procedure, the last day for Wong to file a responsive pleading was February

28 25, 2008.  As of the date of this request, Wong has failed to file a pleading or motion in response to

1  the Complaint.
2       The above stated facts are set forth in the accompanying declaration of Joshua S. Leach, filed
3  herewith.
4
5  Dated:  April 21, 2008                    SELVIN WRAITH HALMAN LLP
6
7                                            By:  _____/s/ Joshua S. Leach_____
                                                  Gary R. Selvin
8                                                 Joshua S. Leach
                                                  Attorneys for Plaintiff
9                                                 Quanta Capitol Holdings, Ltd.
10  48175.doc