Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF REQUEST TO ENTER DEFAULT**<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>Complaint Filed: January 23, 2008 |
|---|---|

I, Joshua S. Leach, declare:

1.  I am an attorney at law duly licensed and admitted to practice in all courts of the State of California and an associate of Selvin Wraith Halman LLP, counsel of record for plaintiff Quanta Specialty Lines Insurance Company ("Quanta") in this action. Unless otherwise indicated, I have personal knowledge of all facts stated herein.

2.  On February 5, 2008, at my instruction, Fred Gurr of One Hour Legal Service personally served upon defendant **John B. Wong dba Boxer Group** ("Wong") a Summons and Complaint. *See* Return of Service attached hereto as **Exhibit "A."**

///

///

1
**DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF REQUEST TO ENTER DEFAULT CASE NO.: 3:08-CV-00488-EMC**

3. As of the date of this declaration, Wong has not filed a responsive pleading or motion permitted by law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that if called as a witness I would so testify. I further declare that this declaration was executed by me on this 21st day of April, 2008 in Oakland, California.

                                          _____/s/ Joshua S. Leach_____
                                             JOSHUA S. LEACH

50960.doc

2
**DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF REQUEST TO ENTER DEFAULT CASE NO.: 3:08-CV-00488-EMC**

# EXHIBIT A

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| JAMES B. WONG dba BOXER GROUP; JILL PEASLEY; CHRIS LYNCH, MICHAEL FONTANELLO | C 08   0488   EMC |

TO: (Name and address of defendant)

JOHN B. WONG dba BOXER GROUP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SELVIN WRAITH HALMAN LLP
Gary R. Selvin
505 14th Street, Suite 1200
Oakland, CA  94612

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                    JAN 2 3 2008
   CLERK                                              DATE_____

_/s/_
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 21, 2008, I served the following document(s):

**Executed Summons of John B. Wong dba Boxer Group**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott  
Elliott & Elliott  
Thomas A. Elliot  
Greg M. Meisenhelder  
225 W. Santa Clara Street, Suite 950  
San Jose, CA 95113  
Telephone No.: (408) 280-2160  
Fax No.: (408) 277-0804  
Email:

Attorneys for Counsel for Defendant:  
JILL PEASLEY, CHRISTOPHER LYNCH, and MICHAEL FONTANELLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 21, 2008

Kathryn Shahin

51493

04/21/2008 10:09 FAX 9259473480 ONE HOUR DELIVERY @002
Case 3:08-cv-00488-EMC   Document 15-2   Filed 04/23/2008   Page 4 of 4
Case 3:08-cv-00488-EMC   Document 13   Filed 04/21/2008   Page 3 of 3
04/16/2008  14:25   9259473480          ONE HOUR DELIVERY                PAGE  02/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| AMENDED · RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2/5/08   8:00PM |
| NAME OF SERVER (PRINT)  FRED GURR | TITLE  REGISTERED CALIFORNIA PROCESS SERVER #1040/SAN FRANCISCO COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN B. WONG DBA BOXER GROUP
254 5TH AVENUE
SAN FRANCISCO, CA 94118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES  $210.00 | TOTAL  $210.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/08
Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.