| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 23, 2008, I served the following document(s):

**REQUEST TO ENTER DEFAULT; DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF REQUEST TO ENTER DEFAULT**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

John B. Wong dba Boxer Group
254 5th Avenue
San Francisco, CA 94118

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. John W. Elliott<br>Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA  95113<br>Telephone No.:   (408) 280-2160<br>Fax No.:          (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  April 23, 2008

                                                 /s/ Marisa D. Shelby
                                               Marisa D. Shelby