1  Gary R. Selvin, State Bar No. 112030
   Joshua S. Leach, State Bar No. 209061
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           jleach@selvinwraith.com

6  Attorneys for Plaintiff
   Quanta Specialty Lines Insurance Company
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | QUANTA SPECIALTY LINES INSURANCE     | CASE NO.: 3:08-CV-00488-EMC
   | COMPANY, an Indiana corporation,     |
12 |                                      | **PROOF OF SERVICE RE: CLERK'S**
   |         Plaintiff,                   | **NOTICE OF APRIL 8/2008 (DOC. #10)**
13 |                                      |
   |         v.                           | Assigned to Magistrate Judge Edward M. Chen
14 |                                      |
   | JOHN B. WONG dba BOXER GROUP; JILL   | Complaint Filed: January 23, 2008
15 | PEASLEY, a California resident; CHRIS|
   | LYNCH, a California resident; and MICHAEL |
16 | FONTANELLO, a California resident,   |
   |                                      |
17 |         Defendants.                  |

18

...

28

                                       1
**PROOF OF SERVICE RE: CLERK'S NOTICE OF APRIL 8/2008 (DOC. #10)    CASE NO.: 3:08-CV-
00488-EMC**

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 10, 2008, I served the following document(s):

## CLERK'S NOTICE

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

| | |
|---|---|
| Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA  95113<br>Telephone No.:   (408) 280-2160<br>Fax No.:           (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  April 10, 2008

                                        /s/ Marisa D. Shelby
                              Marisa D. Shelby

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| **Court:** | **U.S.D.C., Northern Division** |
| **Action No.** | **3:08-cv-00488-EMC** |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 23, 2008, I served the following document(s):

## CLERK'S NOTICE

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

John B. Wong dba Boxer Group
254 5th Avenue
San Francisco, CA 94118

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 23, 2008

                                                /s/ Marisa D. Shelby
                                                Marisa D. Shelby