**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 28, 2008

RE:  <u>CV 08-00488 EMC</u>     <u>QUANTA SPECIALTY LINES-v- JOHN B. WONG</u>

Default is entered as to defendant John B. Wong dba Boxer Group on April 28, 2008.

RICHARD W. WIEKING, Clerk

by: <u>Sheila Rash</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89