UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


QUANTA SPECIALTY LINES
INSURANCE COMPANY, an
Indiana corporation
                        Plaintiff(s),                    Case No. 3:08-cv-00488-EMC


                v.                                        ADR CERTIFICATION BY PARTIES
JOHN B. WONG dba BOXER                                   AND COUNSEL
GROUP; JILL PEASLEY, et al.

                Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private
entities; and

(3) Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: 5|5|08                                    _Barry Hester_____
                                                 [Party]

Dated: 6/5/08                                    _____
                                                 [Counsel]
                                                 Joshua S. Leach


> When filing this document in ECF, please be sure to use the ADR Docket Event entitled
> "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| **Court:** | **U.S.D.C., Northern Division** |
| **Action No.** | **3:08-cv-00488-EMC** |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 5, 2008, I served the following document(s):

### ADR CERTIFICATION BY PARTIES AND COUNSEL

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott                                        Attorneys for Defendants:
Elliott & Elliott                                          JILL PEASLEY, CHRISTOPHER LYNCH,
Thomas A. Elliot                                           and MICHAEL FONTANELLO
Greg M. Meisenhelder
225 W. Santa Clara Street, Suite 950
San Jose, CA  95113
Telephone No.:    (408) 280-2160
Fax No.:          (408) 277-0804
Email:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 5, 2008

_____
Kathryn Shahin

51998.doc