1  JOHN W. ELLIOTT (State Bar No. 61042)
   THOMAS A. ELLIOTT (State Bar No. 68861)
2  GREG E. MEISENHELDER (State Bar No. 236473)
   ELLIOTT & ELLIOTT
3  225 W. Santa Clara Street, Suite 950
   San Jose, CA 95113
4  Tel: (408) 280-2160
   Fax: (408) 277-0804
5  E-mail: gmeisenhelder@elliottandelliott.com
6
   Attorneys for Defendants: Jill Peasley, Chris Lynch,
7  Michael Fontanello

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 QUANTA SPECIALTY LINES INSURANCE          Case No.: C 08 0488 EMC
   COMPANY, an Indiana corporation,
12
                                              INITIAL DISCLOSURES
13         Plaintiff,                         PURSUANT TO FRCP 26(a)(1)

14         v.

15 JOHN B. WONG dba BOXER GROUP; JILL
   PEASLEY, a California resident; CHRIS LYNCH,
16 a California resident; and MICHAEL
   FONTANELLO, a California resident,
17
18         Defendants.

19

20      Defendants JILL PEASLEY, CHRIS LYNCH and MICHAEL FONTANELLO

21 ("Defendants") respectfully submit this initial disclosures pursuant to Federal Rules of Civil

22 Procedure, Rule 26(a)(1). This initial disclosure is being made based on information known or

23 reasonably available by Defendants to date. Defendants JILL PEASLEY, CHRIS LYNCH and

24 MICHAEL FONTANELLO reserve the right to update and/or supplement this information at a later

25 date.

26 ///

27 ///

28

                                                                                               1

                       INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)
K:\E B E Cases\peasl-IA\Miscellaneous Pleadings\Initial Disclosures.doc

## I. WITNESSES/PERSONS

1. Jill Peasley; Ms. Peasley was a property owner of the property subject to the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Ms. Peasley's contact information will be made available upon reasonable request.

2. Chris Lynch; Mr. Lynch was a property owner of the property subject to the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Mr. Lynch's contact information will be made available upon reasonable request.

3. Donald Thompson; Mr. Thompson acted as an expert witness in the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Mr. Thompson's contact information will be made available upon reasonable request.

4. Christopher Raker; Mr. Raker acted as an expert witness in the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Mr. Raker's contact information will be made available upon reasonable request.

5. Angus Gavin; Mr. Gavin was the General Contractor that repaired and completed the subject property relating to the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Mr. Gavin's contact information will be made available upon reasonable request.

6. Bruce Bonacker; Mr. Bonacker was the architect for the repair and completion of the subject property relating to the underlying action and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things. Mr. Bonacker's contact information will be made available upon reasonable request.

7. Patrick Buscovich; Mr. Buscovich was the structural engineer who work on the repair and completion of subject property relating to the underlying action and may have information

INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

K:\E S E Cases\peasl-IA\Miscellaneous Pleadings\Initial Disclosures.doc

relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

8. John Wong; Mr. Wong was the General Contractor for the project which is subject of the underlying action and whose insurance policy is the subject of this action. Mr. Wong and may have information relating to the parties, project, damages, and insurance coverage related to the underlying action and arbitration, among other things.

9. Jim Foster; Mr. Foster is believed to have been an employees of Mr. Wong during a portion of this project and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

10. Sam Manzano; Mr. Manzano is believed to have been an employees of Mr. Wong during a portion of this project and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

11. Gary Jerabeck; Mr. Jerabeck is the owner of Architectural Development and was the agent for the owners, designer and supervisor of the project which is the subject of the underlying action. Mr. Jerabeck and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

12. Rajat Randev; Mr. Randev was an employee of Architectural Development and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

13. Bernard Huang; Mr. Huang was the original structural engineer for this project. Mr. Huang may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

14. Donald Simas; Mr. Simas is believed to be a San Francisco Building Inspector and may have information relating to the parties, project, and damages related to the underlying action and arbitration, among other things.

15. Jeff Chadic; Mr. Chadic was an attorney or record from John Wong dba Boxer Group in the underlying action. Mr. Chadic may have information relating to the parties, project, and

1  damages related to the underlying action and arbitration, as well as information relating to the
2  Quanta policy subject to this action, among other things.
3      16. John O'Neill; Mr. O'Neill was an attorney or record from John Wong dba Boxer
4  Group in the underlying action. Mr. O'Neill may have information relating to the parties, project,
5  and damages related to the underlying action and arbitration, as well as information relating to the
6  Quanta policy subject to this action, among other things.
7      17. Hon. Laurence K. Sawyer (JAMS) – Hon. Judge Sawyer was the arbitrator in the
8  underling matter and may have information relating to the parties, project, and damages related to
9  the underlying action and arbitration, among other things.
10     18. These Defendants reserves the right to update, supplement and/or amend this
11 disclosure at a later date.

## II. DOCUMENTS/THINGS

13     1. The various arbitration awards of the Hon. Laurence K. Sawyer (JAMS), including but
14 not limited to, the interim award, clarification of interim award, and final award.
15     2. The complete record from the arbitration before Hon. Laurence K. Sawyer (JAMS),
16 including but not limited to, the transcripts from the arbitration, arbitration exhibits, expert reports
17 and photographs, any and all documents set forth in any parties exhibit list for the arbitration, and
18 any and all declarations and deposition testimony submitted to Hon. Laurence K. Sawyer as part of
19 the arbitration process.
20     3. Plaintiff Quanta Specialty Lines Insurance Company's Complaint for Declaratory
21 Relief and related Exhibits.
22     4. Various documents believed to be related to insurance coverage for John B. Wong dba
23 Boxer Group produced during discovery in the underlying action/arbitration.
24     5. Although not in Defendants' possession, Defendants believe that Quanta's entire file
25 relating to this policy and/or any other policies written by Quanta and/or its affiliates on behalf of
26 John Wong and/or Boxer Group may support Defendants claims/defenses.
27     6. These Defendants reserves the right to update, supplement and/or amend this
28 disclosure at a later date.

### III. DAMAGES COMPUTATION

1. No monetary damages are being sought by Defendants. Defendants seek a declaration that Quanta is obligated to defend John Wong dba Boxer Group and indemnify John Wong dba Boxer Group in the underlying action.

2. Defendants will seek recovery of any and all attorneys' fees and costs, if such a remedy is available.

3. For such other relief as the court considers just and proper.

### IV. DEFENDANT'S LIABILITY INSURANCE

1. Not Applicable.

DATED: May 6, 2008

ELLIOTT & ELLIOTT

JOHN W. ELLIOTT ·
THOMAS A. ELLIOTT
GREG M. MEISENHELDER
Attorneys for Defendants
Jill Peasley, Chris Lynch and
Michael Fontanello

5

INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.
U.S.D.C. Northern Division – Case No. C 08 0488 EMC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 225 W. Santa Clara Street, Suite 950, San Jose, California, 95113. On the date hereinbelow, I caused to be served a true and correct copy of the following:

**INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**

☑ **ELECTRONIC FILE TRANSFER TO ECF FILE AND SERVE:**

By transmitting a true copy of the document(s) listed above for service on the party or parties listed below in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Gary R. Selvin<br>Joshua S. Leach<br>SELVIN, WRAITH, HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Phone: (510) 874-1811<br>Fax: (510) 465-8976<br>Email: gselvin@selvinwraith.com | Attorney for Plaintiff, Quanta Specialty Lines Insurance Company, an Indiana Corporation |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on May 7, 2008.

Chris Giambruno

PROOF OF SERVICE

Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.
U.S.D.C. Northern Division – Case No. C 08 0488 EMC