1  JOHN W. ELLIOTT (State Bar No. 61042)
2  THOMAS A. ELLIOTT (State Bar No. 68861)
   GREG E. MEISENHELDER (State Bar No. 236473)
3  ELLIOTT & ELLIOTT
   225 W. Santa Clara Street, Suite 950
4  San Jose, CA 95113
   Tel: (408) 280-2160
5  Fax: (408) 277-0804
   E-mail: gmeisenhelder@elliottandelliott.com
6
   Attorneys for Defendants: Jill Peasley, Chris Lynch,
7  Michael Fontanello

8                 IN THE UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 QUANTA SPECIALTY LINES INSURANCE          Case No.: C 08 0488 EMC
   COMPANY, an Indiana corporation,
12
                                             CERTIFICATION OF
13        Plaintiff,                         INTERESTED ENTITIES OR
                                             PERSONS
14     v.
                                             CIVIL LOCAL RULE 3-16
15 JOHN B. WONG dba BOXER GROUP; JILL
   PEASLEY, a California resident; CHRIS LYNCH,
16 a California resident; and MICHAEL
17 FONTANELLO, a California resident,

18        Defendants.
19 ─────────────────────────────

20        Defendants JILL PEASLEY, CHRIS LYNCH and MICHAEL FONTANELLO
21 ("Defendants") respectfully submit this disclosure of non-party interested entities or persons
22 pursuant to Civil Local Rule 3-16. Pursuant to Civil Local Rule 3-16, the undersigned certifies that
23 the following listed persons, associations of persons, firms, partnerships, corporations or other
24 entities (i) have a financial interest in the subject matter in controversy or in a party to the
25 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
26 substantially affected by the outcome of this proceeding:
27     1.   Architectural Development and/or Architectural Development Inc.; is a co-defendant
28 with John Wong dba Boxer Group in the underlying arbitration and subject to the underlying

                                                                                              1

arbitration award; which is related to this Declaratory Relief action. Architectural Development and/or Architectural Development Inc. may be substantially affected by the outcome of this proceeding.

    2.    Gary Jerabeck; is believed to be the owner and/or president of Architectural Development Inc. which is co-defendant with John Wong dba Boxer Group in the underlying arbitration and subject to the arbitration award which is related to this Declaratory Relief action. Architectural Development and/or Architectural Development Inc. may be substantially affected by the outcome of this proceeding.

DATED: May 6, 2008        ELLIOTT & ELLIOTT

JOHN W. ELLIOTT
THOMAS A. ELLIOTT
GREG M. MEISENHELDER
Attorneys for Defendants
Jill Peasley, Chris Lynch and
Michael Fontanello

| | |
|---|---|
| 1 | Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.<br>U.S.D.C. Northern Division – Case No. C 08 0488 EMC |

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 225 W. Santa Clara Street, Suite 950, San Jose, California, 95113. On the date hereinbelow, I caused to be served a true and correct copy of the following:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CIVIL LOCAL RULE 3-16**

☒ **ELECTRONIC FILE TRANSFER TO ECF FILE AND SERVE**:

By transmitting a true copy of the document(s) listed above for service on the party or parties listed below in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Gary R. Selvin<br>Joshua S. Leach<br>SELVIN, WRAITH, HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Phone: (510) 874-1811<br>Fax:    (510) 465-8976<br>Email: gselvin@selvinwraith.com | Attorney for Plaintiff, Quanta Specialty Lines Insurance Company, an Indiana Corporation |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on May 7, 2008.

_____
Chris Giambruno

---

PROOF OF SERVICE

Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.
U.S.D.C. Northern Division – Case No. C 08 0488 EMC