UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QUANTA SPECIALTY LINES
INSURANCE COMPANY, an
Indiana Corporation

        Plaintiff(s),

v.

JOHN WONG dba BOXER GROUP,
JILL PEASLEY, et al.

        Defendant(s).
_____/

Case No. 3:08-CV-00488-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: 5/6/08

[Party]
JILL PEASLEY

[Counsel]
GREG E. MEISENHELDER

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

NDC-17A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QUANTA SPECIALTY LINES
INSURANCE COMPANY, an
Indiana Corporation

    Plaintiff(s),

v.

JOHN WONG dba BOXER GROUP,
JILL PEASLEY, et al.

    Defendant(s).

Case No. 3:08-CV-00488-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/6/08

[Party]
JILL PEASLEY

Dated: _____

[Counsel]
GREG E. MEISENHELDER

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.
U.S.D.C. Northern Division – Case No. C 08 0488 EMC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 225 W. Santa Clara Street, Suite 950, San Jose, California, 95113. On the date hereinbelow, I caused to be served a true and correct copy of the following:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

☒ **ELECTRONIC FILE TRANSFER TO ECF FILE AND SERVE:**

By transmitting a true copy of the document(s) listed above for service on the party or parties listed below in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Gary R. Selvin<br>Joshua S. Leach<br>SELVIN, WRAITH, HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Phone: (510) 874-1811<br>Fax: (510) 465-8976<br>Email: gselvin@selvinwraith.com | Attorney for Plaintiff, Quanta Specialty Lines Insurance Company, an Indiana Corporation |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on May 7, 2008.

Chris Giambruno

PROOF OF SERVICE

Quanta Specialty Lines Insurance Co. v. James B. Wong dba Boxer Group, et al.
U.S.D.C. Northern Division – Case No. C 08 0488 EMC