Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:     (510) 465-8976
E-mail:  gselvin@selvinwraith.com
             jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | **CASE NO.: 3:08-CV-00488-EMC**<br><br>**PLAINTIFF QUANTA SPECIALTY LINES INSURANCE COMPANY'S INITIAL DISCLOSURES - [FRCP 26(a)(1)]**<br><br>Assigned to Magistrate Judge Edward M. Chen<br>Complaint Filed:  January 23, 2008 |

## I.   INTRODUCTION

The parties' investigation to ascertain the facts and identities of individuals who may have information related to this matter, and to determine what documents, data, compilations or other tangible things are relevant to the claims and defenses in this case is ongoing.  The witness information and the documents identified herein are those that are reasonably available at this time.  In accordance with Rule 26(e), the parties will supplement these disclosures as additional information becomes available.

## II.   WITNESSES

At present, the parties jointly identify the following individuals who may have knowledge of relevant facts:

1

**QUANTA SPECIALTY LINES INS. CO.'S INITIAL DISCLOSURE**            **CASE NO. 3:08-CV-00488-EMC**

1.     Defendants John B. Wong dba Boxer Group ("Wong"), Jill Peasley, Chris Lynch and Michael Fontanello (collectively, excepting Wong, the "owners") and the person most knowledgeable at Architectural Development (an interested party in this litigation), all likely possesses knowledge relevant to the nature and timing of the alleged damages to the real property located at 2848 Steiner Street, San Francisco (the "Property") and the arbitration regarding same. All of the listed parties may be contacted through their counsel.

2.     The parties will likely retain experts to testify as to matters concerning the timing and nature of the alleged damages to the Property, and regarding insurance coverage for the underlying construction defect claims.

The parties reserve the right to supplement this list and disclose additional witnesses as such individuals become known or as it becomes known that those witnesses possess relevant knowledge.

**A.     Documents That May Be Used To Support Claims Or Defenses**

1.     All non-privileged and non-protected documents within Plaintiff's claim file regarding the underlying claim against Boxer;

2.     Plaintiff's insurance policy issued to Boxer during the time period relevant to this action;

3.     All of the pleadings and papers filed in the action titled *Peasley, et al. v. John Wong dba Boxer Group, et al.*, in the California Superior Court for San Francisco County, Civil Action No. CGC-06-454208 ("the underlying action");

4.     All of the written discovery responses served in the underlying action;

5.     All of the writings, documents or other tangible evidence produced in the underlying action, including any exhibits, testimony or other evidence submitted in the course of any arbitration proceedings.

6.     All of the transcripts and/or recordings of any sworn testimony taken in the underlying action, including at any depositions, hearings, arbitration proceedings or at trial.

7.     Any written submission to an arbitrator submitted in the course of arbitrating the issues raised in the underlying action.

///

8. Any written findings, whether interim or final, of an arbitrator issued as a result of arbitrating the issues raised in the underlying action.

Defendant reserves the right to disclose additional documents, summaries, or other evidence which is either not yet in its possession or which does not at this point appear to be relevant.

**B.     Computation of Damages**

This action is for declaratory relief concerning the underlying arbitration.  The arbitrator who decided the underlying action determined that the diminution in value of the Property was $500,000.  Accordingly, because the diminution in value was less than the cost of repair, he limited the award to $500,000.

Additionally, as part of the final award by the arbitration in this matter the arbitrator found the following: "The Interim Award is incorporated herein, and the claimants are entitled to recover jointly and severely from both respondents compensatory damages in the amount of $500,000 and costs in the amount of $51,476.77, for a total award of $551,476.77.  In addition, the claimants are entitled to recover from respondent the Boxer Group attorney fees in the amount of $166,667 and additional costs in the amount of $10,164.43.  The respondents shall recover nothing on their cross actions for damages."

Plaintiff seeks a declaration that its policy does not cover any of the award and it owed no duty to defend because there was no property damage during the policy period, and to the extent the insured or other defendants contend to the contrary, the plaintiff's policy excludes such damages.

**C.     Defendant's Liability Insurance.**

Not applicable in the context of this coverage action.  The plaintiff is the insured, defendant Wong's liability insurer seeking a declaration of its rights, duties and obligations under the policy.

Dated: May 9, 2008                              SELVIN WRAITH HALMAN LLP


                                                By: /s/
                                                    Gary R. Selvin
                                                    Joshua S. Leach
                                                    Attorneys for Plaintiff
                                                    Quanta Specialty Lines Insurance Company

51912.doc

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 9, 2008, I served the following document(s):

**PLAINTIFF QUANTA SPCIALTY LINES INSURANCE COMPANY'S INITIAL DISCLOSURES – [FRCP 26(a)(1)]**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. John W. Elliott<br>Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA  95113<br>Telephone No.:   (408) 280-2160<br>Fax No.:             (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 9, 2008

/s/_____
Kathryn Shahin

---

4

**QUANTA SPECIALTY LINES INS. CO.'S INITIAL DISCLOSURE**     **CASE NO. 3:08-CV-00488-EMC**