UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QUANTA SPECIALTY LINES INSURANCE
COMPANY, an Indiana corporation

CASE NO. 3:08-cv-00488-EMC

Plaintiff(s),

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

v.

JOHN B. WONG dba BOXER GROUP;
JILL PEASLEY, a California
resident; CHRIS LYNCH, a Califor
Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [X] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 6/13/09

Attorney for Plaintiff
Joshua S. Leach

Dated: _____

Attorney for Defendant
Greg E. Meisenhelder

NDC-ADR6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

QUANTA SPECIALTY LINES INSURANCE
COMPANY, an Indiana corporation          CASE NO. 3:08-cv-00488-EMC

     Plaintiff(s),              STIPULATION AND [PROPOSED]
  v.                                            ORDER SELECTING ADR PROCESS
JOHN B. WONG dba BOXER GROUP;
JILL PEASLEY, a California
resident; CHRIS LYNCH, a Califor
     Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

 **Court Processes:**
  ☐ Non-binding Arbitration (ADR L.R. 4)
  ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
  ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

 **Private Process:**
  ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
  ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ☐ other requested deadline _____

Dated: _____

               Attorney for Plaintiff
               Joshua S. Leach

Dated: 5/13/08

               Attorney for Defendant
               Greg E. Meisenhelder

NDC-ADR8

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [ ] Private ADR

    Deadline for ADR session
- [ ] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: _____

                                     UNITED STATES                JUDGE

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 14, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott
Elliott & Elliott
Thomas A. Elliot
Greg M. Meisenhelder
225 W. Santa Clara Street, Suite 950
San Jose, CA 95113
Telephone No.: (408) 280-2160
Fax No.: (408) 277-0804
Email:

Attorneys for Defendants:
JILL PEASLEY, CHRISTOPHER LYNCH, and MICHAEL FONTANELLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 14, 2008

_____
Marisa D. Shelby

1