**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 14, 2008

**Case No:** C08-0488 EMC          **FTR Time:**  1:37-1:44 p.m.

**Case Name:** Quanta Specialty v. John B. Wong, et al.

   **Attorneys:**   Joshua Leach for Plaintiff
                    Chris Rivera for Def. Peasley, et al.

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held

**ORDERED AFTER HEARING:**

Parties agree to severe case.  Plaintiff to file motion for default judgment against Defendant John Wong.  Court will issue order severing case.

This case is referred to ADR for ENE.  ENE to be completed within 90 - 120 days.  3-day jury trial set for 5/11/09 at 8:30 a.m.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 9/17/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 9/10/08.

cc: EMC/ADR