**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALITY LINES INSURANCE COMPANY, | No. C-08-0488 EMC |
| Plaintiff, | **ORDER GRANTING PARTIES' JOINT MOTION TO SEVER DEFENDANT WONG** |
| v. | |
| JOHN B. WONG, *et al.*, | |
| Defendants. _____/ | |

Plaintiff Quanta initiated this insurance coverage lawsuit against Defendant John B. Wong dba Boxer Group and Defendants Peasley, Lynch and Fontanello (underlying plaintiffs) seeking adjudication of Quanta's rights and duties under a liability policy issued by Quanta to Defendant Wong. The coverage dispute arises out of an underlying lawsuit brought by the underlying plaintiffs against Wong for alleged construction problems. The underlying plaintiffs were awarded $551,476.77 in the underlying lawsuit.

In this suit, Quanta seeks a declaration that it has no duty to defend or indemnify Wong against the claims asserted in the underlying lawsuit. Defendants Peasley, Lynch and Fontanello seek a declaration that Quanta had a duty to Defendant and now to indemnify Wong against the claims asserted in the underlying lawsuit.

Defendant Wong has chosen not to answer the complaint and has defaulted. A request to enter default has been filed. Although Wong is a nominal stakeholder, the real dispute is between (1) the underlying plaintiffs who now hold a judgment against Wong and (2) Quanta as to whether there is coverage to pay for some or all of that judgment. In order to permit the interested parties to

proceed in this Court consistent with 28 U.S.C. Section 636(c)), the parties at the case management conference jointly moved this Court to sever Mr. Wong and, upon Quanta's motion to enter default judgment, issue a report and recommendation thereon. The parties also agreed that pending that severance and disposition of Wong's default, that the interested parties herein – Quanta and the underlying plaintiffs – may advance the instant litigation.

Accordingly, the Court hereby **GRANTS** Quanta's and Peasely, Lynch and Fontanello's motion to sever Quanta's claims against Defendant John B. Wong dba Boxer Group. Under Fed. R. Civ. P. 21, this Court has "great discretion to restructure and action to promote the efficient administration of justice." 4-21 Moore's Fed. Prac. – Civ. Section 21.05. "A claim may be severed if it will serve the ends of justice and further the prompt and efficient disposition of litigation." *CVI/Beta Ventures v. Custom Optical Frames*, 896 F. Supp. 505, (S.D. Md.) (citations omitted). In this case, Defendant Wong has chosen not to contest Quanta's claims. The real parties in interest, in these circumstances, are the underlying plaintiffs who hold the judgment against him and Quanta. Whether Quanta owes a duty to indemnify Wong affects the collectibility of that judgment. A true controversy under Article III obtains as between Quanta and the underlying plaintiffs, and there is no reason why the instant action should not proceed.

Plaintiff shall serve this Order on Defendant Wong upon receipt and shall file with the Court a Certificate of Service.

IT IS SO ORDERED.

Dated: May 16, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2