| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## CERTIFICATE OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 16, 2008, I served the following document(s):

**ORDER GRANTING PARTIES' JOINT MOTION TO SEVER DEFENDANT WONG**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Mr. John B. Wong
Boxer Group
Post Office Box 590603
San Francisco, CA 94159

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 16, 2008

                                /s/
                             Marisa D. Shelby