**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quanta Specialty Lines Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>John B. Wong, et al.,<br><br>　　　　Defendants._____/ | No. C08-0488 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the 3-day jury trial set for May 11, 2009 at 8:30 a.m. is reset for **May 13, 2009 at 8:30 a.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  All other deadlines remain the same as stated in the Case Management Order dated May 15, 2008.

Dated: May 28, 2008　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　Betty Fong
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy