Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:   June 25, 2008<br>Time:   10:30 a.m.<br>Dept:   15/Hon. Magistrate Judge Chen<br><br>Assigned to Magistrate Judge Edward M. Chen<br>Complaint Filed:  January 23, 2008 |

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT on June 25, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard by this Court, located at 450 Golden Gate Ave., San Francisco, California, Courtroom C, 15th Floor, plaintiff will, and hereby does, move the Court to enter default judgment against defendant JOHN B. WONG dba BOXER GROUP ("Wong").  The clerk has previously entered the default of said defendant on April 28, 2008.

Submitted herewith, by declaration or request for judicial notice, is proof of the following matters:

1.   Defendant Wong is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

1  2.  Defendant Wong has not appeared in this action.

2  3.  Plaintiff is entitled to judgment against defendant Wong on account of the first and second causes of action in the complaint, to wit: a judgment declaring that plaintiff Quanta Specialty Lines Insurance Company ("Quanta") had no duty to defend or indemnify defendant Wong from the claims asserted against him in the lawsuit entitled Peasley, et al. v. John Wong dba Boxer Group, et al., that was filed in the California Superior Court for San Francisco County, Civil Action No. CGC-06-454208, including all cross-claims and counter claims.

4.  Through this Motion, Plaintiff seeks entry of judgment only as to its causes of action for declaratory relief, and is not seeking monetary relief.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Joshua S. Leach, the accompanying Request for Judicial Notice, all of the pleadings and papers on file with this Court, and such other evidence and argument the Court may consider.

Dated: June 13, 2008              SELVIN WRAITH HALMAN LLP


By: _____/s/ Joshua S. Leach_____
  Gary R. Selvin
  Joshua S. Leach
  Attorneys for Plaintiff
  Quanta Capitol Holdings, Ltd.

52424.doc

2
**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT    CASE NO.: 3:08-CV-00488-EMC**

Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**[PROPOSED] ORDER RE: QUANTA SPECIALTY LINES INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:  June 25, 2008<br>Time:  10:30 a.m.<br>Dept:  15/Hon. Magistrate Judge Chen<br><br>Assigned to Magistrate Judge Edward M. Chen<br>Complaint Filed:  January 23, 2008 |

Plaintiff Quanta Specialty Lines Insurance Company's ("Quanta") Motion for Entry of Default Judgment against John B. Wong dba Box Group came on for hearing on June 25, 2008. After due and adequate notice, and having carefully considered the arguments of the parties and the papers filed herein, and with good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff Quanta's Motion for Entry of Default Judgment is **GRANTED** and the clerk is directed to enter default judgment as to Quanta's first and second causes of action against defendant John B. Wong dba Boxer Group.

Dated: _____

_____
Hon. Magistrate Judge Chen

53110.doc