1  Gary R. Selvin, State Bar No. 112030
   Joshua S. Leach, State Bar No. 209061
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           jleach@selvinwraith.com

6  Attorneys for Plaintiff
   Quanta Specialty Lines Insurance Company
7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | QUANTA SPECIALTY LINES INSURANCE | CASE NO.: 3:08-CV-00488-EMC |
   | COMPANY, an Indiana corporation, | |
12 | | **DECLARATION OF JOSHUA S. LEACH IN** |
   | Plaintiff, | **SUPPORT OF QUANTA SPECIALTY** |
13 | | **LINES INSURANCE COMPANY'S** |
   | v. | **MOTION TO ENTER DEFAULT** |
14 | | **JUDGMENT** |
   | JOHN B. WONG dba BOXER GROUP; JILL | |
15 | PEASLEY, a California resident; CHRIS | Date:  June 25, 2008 |
   | LYNCH, a California resident; and MICHAEL | Time:  10:30 a.m. |
16 | FONTANELLO, a California resident, | Dept:  15/Hon. Magistrate Judge Chen |
17 | Defendants. | Assigned to Magistrate Judge Edward M. Chen |
   | | Complaint Filed:  January 23, 2008 |
18

19

20         I, Joshua S. Leach, do hereby declare as follows:

21         1.    I am an attorney at law duly licensed and admitted to practice in all courts of the State

22 of California and an associate of Selvin Wraith Halman LLP, counsel of record for Plaintiff Quanta

23 Specialty Lines Insurance Company ("Quanta") in this action.  Unless otherwise indicated, I have

24 personal knowledge of all facts stated herein.

25         2.    On February 5, 2008, at my instruction, Fred Gurr of One Hour Legal Service

26 personally served upon defendant **John B. Wong dba Boxer Group** ("Wong") a Summons and

27 Complaint.  A true and correct copy of the Return of Service is attached hereto as **Exhibit "A."**

28         3.    On May 16, 2008, I instructed my staff to serve on John B. Wong dba Boxer Group a

1

**DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF QUANTA SPECIALTY LINES
INSURANCE COMPANY'S MOTION TO ENTER DEFAULT JUDGMENT       CASE NO.: 3:08-CV-
00488-EMC**

1  copy of this Court's order dated May 16, 2008, titled ORDER GRANTING PARTIES' JOINT
2  MOTION TO SEVER DEFENDANT WONG (the "May 16th Order").  A true and correct copy of
3  the Certificate of Service is attached hereto as **Exhibit "B."**

4.      I am unaware of any attempt by Mr. Wong to contact this office after we served him with the May 16th Order, which order explicitly contemplates the entry of a default judgment.

5.      I am informed and believe that Mr. Wong is neither a minor nor incompetent, nor is he currently performing military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that if called as a witness I would so testify.  I further declare that this declaration was executed by me on this 16th day of June, 2008 in Oakland, California.

                                         /s/ Joshua S. Leach
                                 JOSHUA S. LEACH

52428.doc

**DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF QUANTA SPECIALTY LINES INSURANCE COMPANY'S MOTION TO ENTER DEFAULT JUDGMENT     CASE NO.: 3:08-CV-00488-EMC**

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| JAMES B. WONG dba BOXER GROUP; JILL PEASLEY; CHRIS LYNCH, MICHAEL FONTANELLO | C 08 0488 EMC |

TO: (Name and address of defendant)

JOHN B. WONG dba BOXER GROUP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SELVIN WRAITH HALMAN LLP
Gary R. Selvin
505 14th Street, Suite 1200
Oakland, CA  94612

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                                JAN 2 3 2008
   CLERK                                                                                     DATE

_(signature)_
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On April 21, 2008, I served the following document(s):

**Executed Summons of John B. Wong dba Boxer Group**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott  
Elliott & Elliott  
Thomas A. Elliot  
Greg M. Meisenhelder  
225 W. Santa Clara Street, Suite 950  
San Jose, CA 95113  
Telephone No.: (408) 280-2160  
Fax No.: (408) 277-0804  
Email:

Attorneys for Counsel for Defendant:  
JILL PEASLEY, CHRISTOPHER LYNCH, and MICHAEL FONTANELLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 21, 2008

*/s/ Kathryn Shahin*  
Kathryn Shahin

51493

3

04/21/2008 10:09 FAX 9259473480  ONE HOUR DELIVERY  ☒002
Case 3:08-cv-00488-EMC Document 32 Filed 04/21/2008 Page 3 of 3
04/16/2008 14:25 9259473480  ONE HOUR DELIVERY  PAGE 02/02

AO 440 (Rev. 8/01) Summons in a Civil Action

## AMENDED RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/5/08   8:00PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| FRED GURR | REGISTERED CALIFORNIA PROCESS SERVER #1040/SAN FRANCISCO COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN B. WONG DBA BOXER GROUP
                       254 5TH AVENUE
                       SAN FRANCISCO, CA 94118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $210.00 | $210.00 |

### DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/08
      Date       Signature of Server

ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

    Address of Server
      (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On May 16, 2008, I served the following document(s):

**ORDER GRANTING PARTIES' JOINT MOTION TO SEVER DEFENDANT WONG**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Mr. John B. Wong  
Boxer Group  
Post Office Box 590603  
San Francisco, CA  94159

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 16, 2008

                                      /s/  
                                   Marisa D. Shelby