| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| **Court:** | **U.S.D.C., Northern Division** |
| **Action No.** | **3:08-cv-00488-EMC** |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612. On June 16, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; MEMORANDUM IN SUPPORT OF QUANTA SPECIALTY LINES INSURANCE COMPANY'S MOTION TO ENTER DEFAULT JUDGMENT; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF QUANTA SPECIALTY LINES INSURANCE COMPANY'S MOTION TO ENTER DEFAULT JUDGMENT; DECLARATION OF JOSHUA S. LEACH IN SUPPORT OF QUANTA SPECIALTY LINES INSURANCE COMPANY'S MOTION TO ENTER DEFAULT JUDGMENT**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Mr. John B. Wong  
Boxer Group  
Post Office Box 590603  
San Francisco, CA  94159  
Telephone No.:   (415) 933-8860  
Fax No.:  
Email:  

Attorneys for:  
In Pro Per

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. John W. Elliott  
Elliott & Elliott  
Thomas A. Elliot  
Greg M. Meisenhelder  
225 W. Santa Clara Street, Suite 950  
San Jose, CA  95113  
Telephone No.:   (408) 280-2160  
Fax No.:         (408) 277-0804  
Email:

Attorneys for Defendants:  
JILL PEASLEY, CHRISTOPHER LYNCH, and MICHAEL FONTANELLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Dated:  June 16, 2008

                                                   /S/ Marisa D. Shelby  
                                                   Marisa D. Shelby