Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; et al.,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**HEARING ON NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT TAKEN OFF CALENDAR**<br><br>Date:  June 25, 2008<br>Time:  10:30 a.m.<br>Dept:   15/Hon. Magistrate Judge Chen<br><br>Assigned to Magistrate Judge Edward M. Chen<br>Complaint Filed:  January 23, 2008 |

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT plaintiff Quanta Specialty Lines Insurance Company's hearing on its Motion for Entry of Default Judgment currently on calendar for June 25, 2008, at 10:30 a.m., has been taken off calendar pursuant to the court's instruction that it intends to rule upon this matter without oral argument.

Dated:  June 17, 2008                                   SELVIN WRAITH HALMAN LLP


                                                        By:  _____/s/ Joshua S. Leach_____
                                                              Gary R. Selvin
                                                              Joshua S. Leach
                                                              Attorneys for Plaintiff
                                                              Quanta Capitol Holdings, Ltd.

53172.doc

1

**HEARING ON NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT TAKEN OFF CALENDAR**                                                                                   **CASE NO.: 3:08-CV-00488-EMC**

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| Court: | **U.S.D.C., Northern Division** |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 17, 2008, I served the following document(s):

HEARING ON NOTICE OF MOTION FOR ENTRY OF DEFAULT
JUDGMENT TAKEN OFF CALENDAR

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

| | |
|---|---|
| Mr. John B. Wong<br>Boxer Group<br>Post Office Box 590603<br>San Francisco, CA  94159<br>Telephone No.:   (415) 933-8860<br>Fax No.:<br>Email: | Attorneys for:<br>In Pro Per |

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. John W. Elliott<br>Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA  95113<br>Telephone No.:   (408) 280-2160<br>Fax No.:             (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  June 17, 2008

                                                  /s/ Marisa D. Shelby
                                                Marisa D. Shelby

**HEARING ON NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT TAKEN OFF CALENDAR**     **3:08-cv-00488-EMC**