United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, | No. C-08-0488 EMC |
| Plaintiff, | **ORDER RE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| JOHN B. WONG, *et al.*, | **(Docket No. 34)** |
| Defendants. | |
| _____/ | |

Plaintiff Quanta Specialty Lines Insurance Company filed suit against Defendants John B. Wong, Jill Peasley, Chris Lynch, and Michael Fontanello. Quanta seeks a declaration that it has no duty to defend or indemnify Mr. Wong, to whom it issued an insurance policy, with respect to a claim against Mr. Wong made by Ms. Peasley, Mr. Lynch, and Mr. Fontanello (collectively, the "underlying Plaintiffs"). The underlying Plaintiffs obtained a judgment against Mr. Wong totaling more than $550,000.

All of the parties in the action have appeared except for Mr. Wong. Subsequently, the appearing parties jointly moved to sever Mr. Wong from the litigation so that the case could proceed. The Court granted the motion by order dated May 16, 2008. *See* Docket No. 31. Thereafter, Quanta filed a motion for default judgment with respect to Mr. Wong. In the motion, Quanta asks that the Court hold that Quanta has no duty to defend or indemnify Mr. Wong with respect to the claim made by the underlying Plaintiffs.

Because the issues raised in the motion for default judgment overlap with the merits of the case between Quanta and the underlying Plaintiffs -- such that a ruling on the motion would affect

the case between Quanta and the underlying Plaintiffs -- the Court shall defer ruling on the motion until *after* the litigation on the merits of the coverage question between Quanta and the underlying Plaintiffs is resolved.  At that point, the Court shall formally direct the Clerk of the Court to open a new case for Quanta's claim against Mr. Wong and prepare a report and recommendation on Quanta's motion for default judgment.

    IT IS SO ORDERED.

Dated: June 23, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2