# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Quanta Specialty Lines Insurance Company,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Wong,<br><br>　　　　　Defendant(s). | 08-00488 EMC ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Samuel F. Barnum**
> Attorney at Law
> 4302 Redwood Highway, Ste. 100
> San Rafael, CA 94903
> 415-492-9800

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00488 EMC ENE                                       - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: June 24, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00488 EMC ENE                          - 2 -