# ELLIOTT & ELLIOTT

July 29, 2008

**BY FIRST CLASS MAIL & E-FILE**

ADR Magistrate Judge
United States District Court – Northern District of California
450 Golden Gate Ave., 16th Floor, #1111
San Francisco CA 94102

Re: Quanta Specialty Lines Insurance. v. Wong, et al. – Case No. 08-00488 EME
File No. Peasl-1A

Dear ADR Magistrate Judge:

My name is Greg Meisenhelder Esq. with the law firm of Elliott and Elliott. We represent Defendants Jill Peasley, Chris Lynch and Michael Fontanello in the declaratory relief action titled Quanta Specialty Lines Insurance. v. Wong, et al. (08-00488). The parties recently held our initial ENE Telephone Conference and will be conducting our ENE session on September 4, 2008.

Pursuant to ADR Local Rules 5-10(d) I hereby request that Chris Lynch and Michael Fontanello be excused from attending the ENE session. The personal attendance of Mr. Lynch and Mr. Fontanello would impose an extraordinary hardship on these individuals as they are both working professionals with extremely busy schedules. Mr. Lynch and Mr. Fontanello's participation would provide no meaningful benefit to the ENE session or the resolution of the disputes between the parties. Jill Peasley is the primary contact for our clients, played an active role in this case and the underlying construction defect case and will be aware of the factual and legal issue at play in this case. Mrs. Peasley will attend the ENE session with full decision making authority on behalf of Defendants Jill Peasley, Chris Lynch and Michael Fontanello. Chris Lynch and Michael Fontanello will be available by telephone.

In the underlying construction defect case Defendants Jill Peasley, Chris Lynch and Michael Fontanello obtained a judgment in the amount of $728,308.20 against John Wong dba Boxer Group and others. Quanta, which issued insurance policies for John Wong dba Boxer Group, has denied coverage for these damages and filed this declaratory relief action.

At the time of our initial ENE Telephone Conference this request was raised with the ENE Evaluator and counsel, and no objections were made by counsel. The ENE Evaluator had no objections to the request so long as Mrs. Peasley personally attends the session and has full decision making authority, which she will.

Additionally, pursuant to ADR Local Rules 5-10(d)(4), attached is a proposed order. Thank you for your assistance in this matter.

Very truly yours,

ELLIOTT & ELLIOTT

GREG E. MEISENHELDER

GEM/cg

cc: ADR Unit
Gary Selvin, SELVIN WRAITH HALMAN LLP
Samuel F Barnum – ENE Evaluator

```
JOHN W. ELLIOTT (State Bar No. 61042)
THOMAS A. ELLIOTT (State Bar No. 68861)
GREG E. MEISENHELDER (State Bar No. 236473)
ELLIOTT & ELLIOTT
225 W. Santa Clara Street, Suite 950
San Jose, CA  95113
Tel:  (408) 280-2160
Fax: (408) 277-0804
E-mail: gmeisenhelder@elliottandelliott.com
```

Attorneys for Defendants: Jill Peasley, Chris Lynch, Michael Fontanello

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>            Defendants. | Case No.: C 08 0488  EMC<br><br>PROPOSED ORDER RE: REQUEST TO EXCUSE CHRIS LYNCH AND MICHAEL FONTANELLO FROM ATTENDING ENE SESSION<br><br>[ADR LOCAL RULE 5-10] |

Pursuant to ARD Local Rules 5-10(d), satisfactory proof having been made and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Defendants Chris Lynch and Michael Fontanello are excused from attending the ENE session in the above referenced matter. Defendants Lynch and Fontanello shall be available by telephone.

/ / /

Dated: _____          _____
                                ADR Magistrate Judge

PROPOSED ORDER RE: REQUEST TO EXCUSE
CHRIS LYNCH AND MICHAEL FONTANELLO FROM ENE SESSION
K:\E & E Cases\peasl-01A\ENE\Proposed Order re Excuse Lynch and Fontanello.doc