JOHN W. ELLIOTT (State Bar No. 61042)
THOMAS A. ELLIOTT (State Bar No. 68861)
GREG E. MEISENHELDER (State Bar No. 236473)
ELLIOTT & ELLIOTT
225 W. Santa Clara Street, Suite 950
San Jose, CA  95113
Tel:  (408) 280-2160
Fax: (408) 277-0804
E-mail:  gmeisenhelder@elliottandelliott.com

Attorneys for Defendants: Jill Peasley, Chris Lynch,
Michael Fontanello

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | Case No.: C 08 0488 EMC<br><br>PROPOSED ORDER RE: REQUEST TO EXCUSE CHRIS LYNCH AND MICHAEL FONTANELLO FROM ATTENDING ENE SESSION<br><br>[ADR LOCAL RULE 5-10] |

Pursuant to ARD Local Rules 5-10(d), satisfactory proof having been made and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Defendants Chris Lynch and Michael Fontanello are excused from attending the ENE session in the above referenced matter. Defendants Lynch and Fontanello shall be available by telephone.

///

Dated 8/3/2008

*/s/ Wayne D. Brazil*
Wayne D. Brazil
United States Magistrate Judge

PROPOSED ORDER RE: REQUEST TO EXCUSE
CHRIS LYNCH AND MICHAEL FONTANELLO FROM ENE SESSION