Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
          jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>Complaint Filed:  January 23, 2008 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR ATTORNEY OF RECORD:

The parties appeared on September 4, 2008 for an ENE conference. The matter did not settle at the ENE conference. The parties have agreed to return to private mediation in late September or early October in a further attempt to settle this matter. A status conference is currently scheduled for September 17, 2008, and the parties request this Court continue the September 17, 2008 status conference to October 29, 2008 to allow the parties to further mediate this matter.

---

1
STIP TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NO.: 3:08-CV-00488-EMC

1  Dated: Sept. 9, 2008                SELVIN WRAITH HALMAN LLP

2

3                                       By: _____
                                          Gary R. Selvin
4                                         Joshua S. Leach
                                          Attorneys for Plaintiff
5                                         Quanta Capitol Holdings, Ltd.

6  Dated: 9/9/2008                      ELLIOTT & ELLIOTT

7

8                                       By: _____
                                          Gregory E. Meisenhelder
9                                         Attorneys for Defendants
                                          Jill Peasley, Christopher Lynch, and Michael
10                                        Fontanello

11  55848.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28