Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:     (510) 465-8976
E-mail:  gselvin@selvinwraith.com
            jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>Complaint Filed: January 23, 2008 |

Pursuant to the Stipulation to Continue Case Management Conference, IT IS HEREBY ORDERED that:

The status conference currently scheduled for September 17, 2008 be continued to October 29, 2008 to allow the parties to further mediate this matter. Statements are due to be filed 5 court days before the conference.

Dated: _____

Honorable Judge Edward M. Chen

55868.doc

---

1
**STIP TO CONTINUE CASE MANAGEMENT CONFERENCE**          CASE NO.: 3:08-CV-00488-EMC