**FILED**

SEP 1 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Quanta Specialty Lines Insurance Company, | No. C 08-00488 EMC ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Wong, | |
| Defendant(s). | |

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __9-4-08__

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another session _may be_ scheduled for (date) __Oct 1, 2, or 3.__
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☑ NO

Dated: __9-8-08__

_[signature]_
Evaluator, Samuel F. Barnum
Attorney at Law
4302 Redwood Highway, Ste. 100
San Rafael, CA 94903

Certification of ADR Session
08-00488 EMC ENE