1  Gary R. Selvin, State Bar No. 112030
   Joshua S. Leach, State Bar No. 209061
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           jleach@selvinwraith.com

6  Attorneys for Plaintiff
   Quanta Specialty Lines Insurance Company
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 QUANTA SPECIALTY LINES INSURANCE          CASE NO.: 3:08-CV-00488-EMC
   COMPANY, an Indiana corporation,
12                                           [PROPOSED] ORDER RE: STIPULATION
              Plaintiff,                     TO CONTINUE CASE MANAGEMENT
13                                           CONFERENCE
        v.
14                                           Assigned to Magistrate Judge Edward M. Chen
   JOHN B. WONG dba BOXER GROUP; JILL
15 PEASLEY, a California resident; CHRIS     Complaint Filed:  January 23, 2008
   LYNCH, a California resident; and MICHAEL
16 FONTANELLO, a California resident,

17            Defendants.

18

19      Pursuant to the Stipulation to Continue Case Management Conference, IT IS HEREBY

20 ORDERED that:

21      The status conference currently scheduled for September 17, 2008 be continued to October
        at 2:30 p.m.
22 29, 2008 to allow the parties to further mediate this matter.  Statements are due to be filed 5 court

23 days before the conference.

24   Dated:   September 11, 2008
                                                    _____
25                                                  Honorable Judge Edward M. Chen

26  55868.doc

27

28

**STIP TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NO.: 3:08-CV-00488-EMC**