Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com
jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>Complaint Filed: January 23, 2008<br>Trial: May 13, 2008 |

WHEREAS, a case management conference is presently scheduled to occur on October 29, 2008 at 2:30 p.m.;

WHEREAS, plaintiff Quanta Specialty Lines Insurance Company ("Quanta") and defendants Jill Peasley, Chris Lynch and Michael Fontanello (collectively, the "Owners") have reached a settlement in principle;

WHEREAS, the Court has entered the default of defendant John B. Wong dba Boxer Group;

WHEREAS, once Quanta has finalized its settlement with the Owners and dismissed them from this suit, Quanta intends to re-notice its motion for entry of a default judgment against the only remaining defendant, Mr. Wong; and

WHEREAS, upon the Court's recommendations Quanta and the Owners submit this

1
STIP TO CONTINUE CASE MANAGEMENT CONFERENCE         CASE NO.: 3:08-CV-00488-EMC

1  stipulation and proposed order continuing the case management conference to January 7, 2009 at 1:30
2  p.m., to allow the parties time to finalize their settlement;

3  **STIPULATION**

4      IT IS HEREBY STIPULATED by and between Quanta and the Owners, through their
5  respective counsel of record, that the status conference originally scheduled to be heard on October
6  29, 2008 be continued to January 7, 2009 at 1:30 p.m.; a joint updated status conference statement is
7  due no later than December 31, 2008.

9  Dated: October 27, 2008      SELVIN WRAITH HALMAN LLP

11      By:      /s/
12      Gary R. Selvin
     Joshua S. Leach
     Attorneys for Plaintiff
13      Quanta Capitol Holdings, Ltd.

14 Dated: October 27, 2008      ELLIOTT & ELLIOTT

17      By:      /s/
     Gregory E. Meisenhelder
     Attorneys for Defendants
18      Jill Peasley, Christopher Lynch, and Michael
     Fontanello

19
20 **IT IS SO ORDERED.**

22 DATED: _ Oct. 27 ___ , 2008

23      EDWARD M. [CHEN]
     United States Magistrate Judge

*IT IS SO ORDERED. Judge Edward M. Chen*

26 57462.doc

| Re: | Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al. |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On October 27, 2008, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. John W. Elliott<br>Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA  95113<br>Telephone No.:   (408) 280-2160<br>Fax No.:         (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices.  I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

| | |
|---|---|
| Mr. John B. Wong<br>Boxer Group<br>Post Office Box 590603<br>San Francisco, CA  94159<br>Telephone No.:   (415) 933-8860<br>Fax No.:<br>Email: johnbwong@boxergroup.com | Attorneys for:<br>In Pro Per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  October 27, 2008

                                            /s/
                                    Marisa D. Shelby

1

Case No.: 3:08-cv-00488-EMC