Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:  (510) 874-1811
Facsimile:  (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         jleach@selvinwraith.com

Attorneys for Plaintiff
Quanta Specialty Lines Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. WONG dba BOXER GROUP; JILL PEASLEY, a California resident; CHRIS LYNCH, a California resident; and MICHAEL FONTANELLO, a California resident,<br><br>Defendants. | CASE NO.: 3:08-CV-00488-EMC<br><br>**STIPULATION OF DISMISSAL** ; ORDER<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>Complaint Filed:  January 23, 2008 |

---

**STIPULATION OF DISMISSAL**  **CASE NO.: 3:08-CV-00488-EMC**

1     These parties having settled all issues, pursuant to Rule 41,

2     HEREBY STIPULATED by and between plaintiff to this action, Quanta Specialty Lines

3 Insurance Company and defendants to this action, Jill Peasley, Chris Lynch and Michalel Fontanello,

4 and through their designated counsel that the above-captioned action be and hereby is dismissed with

5 prejudice and each party to bear their own attorneys' fees and costs.

6     IT IS SO STIPULATED.

7 Dated: December 10, 2008      SELVIN WRAITH HALMAN LLP

9      By: /s/
10          Gary R. Selvin
         Joshua S. Leach
         Attorneys for Plaintiff
11          Quanta Capitol Holdings, Ltd.

12 Dated: December 10, 2008      ELLIOT & ELLIOT

14      By: /s/
         Greg Meisenhelder
15          John W. Elliot
         Attorneys for Defendants
16          Jill Peasely, Christopher Lynch and
         Michael Fontanello

18     **SO ORDERED.**

20 Dated: December 11, 2008

                       IT IS SO ORDERED
                       Judge Edward M. Chen

23 58786.doc

1

**STIPULATION OF DISMISSAL**      **CASE NO.: 3:08-CV-00488-EMC**

| Re: | **Quanta Specialty Lines Ins. Co. v. John B. Wong dba Boxer Group, et al.** |
|---|---|
| Court: | U.S.D.C., Northern Division |
| Action No. | 3:08-cv-00488-EMC |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On December 10, 2008, I served the following document(s):

**Stipulation to Dismiss**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. John W. Elliott<br>Elliott & Elliott<br>Thomas A. Elliot<br>Greg M. Meisenhelder<br>225 W. Santa Clara Street, Suite 950<br>San Jose, CA 95113<br>Telephone No.: (408) 280-2160<br>Fax No.: (408) 277-0804<br>Email: | Attorneys for Defendants:<br>JILL PEASLEY, CHRISTOPHER LYNCH,<br>and MICHAEL FONTANELLO |
| Mr. John B. Wong<br>Boxer Group<br>Post Office Box 590603<br>San Francisco, CA 94159<br>Telephone No.: (415) 933-8860<br>Fax No.:<br>Email: johnbwong@boxergroup.com | Attorneys for:<br>In Pro Per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 10, 2008

/s/ _____
Kathryn Shahin

---

2

**STIPULATION OF DISMISSAL**          **CASE NO.: 3:08-cv-00488-EMC**